09-2970-cr
*USA v. Thomas*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of September, two thousand and ten.

PRESENT: ROSEMARY S. POOLER,
RICHARD C. WESLEY,
GERARD E. LYNCH,
   *Circuit Judges.*

_____

UNITED STATES OF AMERICA,

   *Appellee,*

  -v.-          09-2970-cr

RODNEY THOMAS,

   *Defendant-Appellant.*

_____

FOR APPELLANT:     JOYCE C. LONDON, Joyce C. London, P.C.
(Michael A. Young, *of counsel*), New York, NY.

FOR APPELLEE:      PREET BHARARA, United States Attorney for the Southern District of New York (Andrew L. Fish, Assistant United States Attorney, *of counsel*), New York, NY.

Appeal from the United States District Court for the Southern District of New York (Stein, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the District Court be **AFFIRMED.**

Appellant appeals from a judgment of the United States District Court for the Southern District of New York (Stein, *J.*), which sentenced Appellant after a remand by this Court to 140 months imprisonment and 5 years of supervised release. *See United States v. Thomas*, 273 Fed. Appx. 103 (2d Cir. 2008). Appellant invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1291, requesting that we set aside the sentence imposed by the District Court as unreasonable and remand the case for a new sentencing proceeding. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Appellant's sole argument in the instant appeal is that his sightless condition renders his sentence substantively

2

unreasonable.  This argument is unpersuasive.  At the new sentencing proceeding on remand below, pursuant to the principles enunciated in *United States v. Booker*, 543 U.S. 220 (2005), Judge Stein explicitly and specifically considered Appellant's blindness, weighing it against, *inter alia*, Appellant's prominent role in the underlying criminal conspiracy.  Balancing these factors, Judge Stein reduced the original sentence from 180 to 140 months.

In the absence of procedural error, this Court reviews sentences for substantive reasonableness under the standard of "abuse of discretion."  *Gall v. United States*, 552 U.S. 38, 51 (2007).  By that standard, Judge Stein's decision to significantly lower the original sentence, albeit without reducing it to the mandatory minimum, cannot be said to be unreasonable.

For the foregoing reasons, the judgment of the District Court is hereby **AFFIRMED**.

```
                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk
```

3